GEORGE H. SLEATOR v. DIANA RICHARDSON.

[See *ante*, 400, 430.]

This case is ruled by the decision in *Kelley v. Richardson*, 69 Mich. 430.

Error to Alpena. (Emerick, J.) Argued January 13, 1888. Decided April 20, 1888.

*Assumpsit.* Defendant brings error. Affirmed. The facts are stated in the opinion in *Kelley v. Richardson*, 69 Mich. 430.

*D. C. Holbrook*, for appellant.

*George H. Sleator*, in *pro. per.* (*Shields & McNamara*, of counsel), for plaintiff.

CAMPBELL, J. The questions in this case are covered by the decision in *Kelley v. Richardson*, *ante*, 430, and the judgment must be affirmed.

CHAMPLIN and LONG, JJ., concurred with CAMPBELL, J.

SHERWOOD, C. J. My views expressed in *Kelley v. Richardson* apply to this case, so far, in my judgment, as to make a reversal necessary.

MORSE, J. In this case, nearly, if not identically, the same hypothetical question was put to witnesses as the one considered in the case of *Turnbull v. Richardson, ante,* 400, under the same objection as in that case.

The cross-examination of Fred Baker was also admitted without putting in his direct testimony, and against the protest of defendant's counsel.

For the reasons stated in *Turnbull v. Richardson,* I think the judgment should be reversed, and a new trial granted.